**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| AMERICAN BEVERAGE ASSOCIATION; ET AL,<br><br>     PLAINTIFFS,<br><br>v.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS,<br><br>     DEFENDANT. | CASE NO. 6:25-CV-00566 |

### DEFENDANT'S NOTICE OF APPEAL

Defendant Ken Paxton, in his official capacity attorney General of the State of Texas, appeals this Court's Order entered on February 11, 2026, to the United States Court of Appeals for the Fifth Circuit. *See* Order, ECF No. 28. The order granting a preliminary injunction is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

Date: February 9, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully Submitted,

*/s/ Zachary W. Berg*
ZACHARY W. BERG
Special Counsel
Texas State Bar No. 24107706

STEVEN B. LOOMIS
Special Counsel
Texas State Bar No. 00793177

OFFICE OF THE ATTORNEY GENERAL OF
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Zachary.Berg@oag.texas.gov
Steven.Loomis@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 5, 2026 and that all counsel of record were served by CM/ECF.

/s/ Zachary W. Berg
Zachary W. Berg

1