# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

2001 Ross Avenue
Dallas, TX 75201
Tel 214.698.3100
gibsondunn.com

Allyson N. Ho
Direct: +1 214.698.3233
Fax: +1 214.571.2971
AHo@gibsondunn.com

June 4, 2026

<u>VIA ECF</u>

Lyle Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:     Unopposed Request for Level 1 Extension in Case No. 26-50192,
        *American Beverage Association v. Paxton*

Dear Mr. Cayce:

Appellees American Beverage Association, Consumer Brands Association, National Confectioners Association; and Food Marketplace, Incorporated (d/b/a FMI-The Food Industry Association) respectfully request a 30-day Level 1 extension to file their response brief in the above-captioned matter. Appellees' response brief is currently due on July 2, 2026. Appellant does not oppose this request. Appellees have not previously sought any extensions of time in this appeal.

Good cause exists for this request because Appellees' counsel have significant professional responsibilities in other pending matters over the next two months, including: *Civelli v. Mulacek*, No. 26-20183 (5th Cir.); *REH Co., LLC v. EPA*, No. 25-1180 (D.C. Cir.); *Eckford v. Nixon*, No. 26-003 (Tex.); *The Cameron Cnty. Hous. Fin. Corp. v. Williamson County*, No. 15-25-00186-CV (Tex. App.—Austin); *State v. Gilead Sciences, Inc.*, No. 23-0800 (71st Dist. Ct., Harrison Cnty., Tex.).

For these reasons, Appellees respectfully request an order granting a 30-day extension of the existing deadline for its response brief from July 2, 2026, to August 3, 2026.

Sincerely,

Allyson N. Ho